IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN WIGGINS,

    Plaintiff,

  v.

BARBARA HOUSLEY, et al.,

    Defendant.

/

No. C 12-05430 WHA

**ORDER CLOSING ACTION**

    This action has been mistakenly opened on ECF. Presumably, defendants seek to appeal partial judgment in an underlying bankruptcy action, *Wiggins v. Housley*, A.P. No. 11-1153 (Bankr. N.D. Cal. Oct. 2, 2012). All that has been filed, however, is Bankruptcy Judge Alan Jaroslovsky's memorandum after trial. If defendants intend to pursue an appeal, they shall refile their appeal in accordance with Civil Local Rule 16-4.

    The clerk shall **CLOSE** this action. Any costs associated with opening this action shall be refunded.

**IT IS SO ORDERED.**

Dated: November 13, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE