**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   DAWN WIGGINS,                                No. C 12-05430 WHA
13              Plaintiff,
14      v.                                        **ORDER REOPENING ACTION**
15   BARBARA HOUSELY, et al.,
16              Defendants.
17   _____/
18
19        A prior order closed this action on the grounds that it was defective appeal.  The action
20   was properly transferred, however, from this district's bankruptcy court under 28 U.S.C. Section
21   157(c)(1), which provides that when a bankruptcy court is not empowered to enter a final
22   judgment it must transmit its proposed findings and conclusions to the district court for review
23   and entry of judgment.
24        Accordingly, the order closing the action in Docket Number 3 is VACATED.  The Clerk is
25   directed to REOPEN the action.
26        In the bankruptcy action, defendant Zephyr did not consent to entry of a final judgment
27   by the bankruptcy court.  Defendant Zephyr shall file its objections to the judgment of the
28   bankruptcy court in a brief not to exceed ten (10) pages in length by JANUARY 17 AT NOON.

1    Plaintiff shall file an opposition, if any, in a brief of equal or lesser length by **JANUARY 31 AT**

2    **NOON**.  No further reply will be allowed by defendant.  The Court will then take the matter under

3    submission and issue an order.

4

5        **IT IS SO ORDERED.**

6

7    Dated:   December 31, 2012.

8                                                      WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2