IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN WIGGINS,

    Plaintiff,

  v.

BARBARA HOUSELY, et al.,

    Defendants.

No. C 12-05430 WHA

**ORDER REOPENING ACTION**

    A prior order closed this action on the grounds that it was defective appeal. The action was properly transferred, however, from this district's bankruptcy court under 28 U.S.C. Section 157(c)(1), which provides that when a bankruptcy court is not empowered to enter a final judgment it must transmit its proposed findings and conclusions to the district court for review and entry of judgment.

    Accordingly, the order closing the action in Docket Number 3 is **VACATED**. The Clerk is directed to **REOPEN** the action.

    In the bankruptcy action, defendant Zephyr did not consent to entry of a final judgment by the bankruptcy court. Defendant Zephyr shall file its objections to the judgment of the bankruptcy court in a brief not to exceed ten (10) pages in length by **JANUARY 17 AT NOON**.

United States District Court
For the Northern District of California

Plaintiff shall file an opposition, if any, in a brief of equal or lesser length by **JANUARY 31 AT NOON**. No further reply will be allowed by defendant. The Court will then take the matter under submission and issue an order.

**IT IS SO ORDERED.**

Dated: December 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE