IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN WIGGINS,

    Plaintiff,

v.

BARBARA HOUSELY, et al.,

    Defendants.

No. C 12-05430 WHA

**ORDER SETTING SCHEDULE**

    Due to factors outside the parties' control, the previously-set briefing schedule was not observed. Defendant Zephyr has now filed its objections (Dkt. Nos. 8–9). Plaintiff will be permitted an opportunity to respond in a brief not to exceed 10 pages by **FEBRUARY 14 AT NOON**. No replies, please.

    **IT IS SO ORDERED.**

Dated: January 31, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE