IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WIGGINS, | No. C 12-05430 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING SCHEDULE** |
| BARBARA HOUSELY, et al., | |
| Defendants. | |

    Due to factors outside the parties' control, the previously-set briefing schedule was not observed. Defendant Zephyr has now filed its objections (Dkt. Nos. 8–9). Plaintiff will be permitted an opportunity to respond in a brief not to exceed 10 pages by **FEBRUARY 14 AT NOON**. No replies, please.

    **IT IS SO ORDERED.**

Dated: January 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE